# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# SOUTHERN DIVISION
# Case No. 7:18-CR-88-1D

**UNITED STATES OF AMERICA**

**VS.**                                                  **ORDER**

**RICARDO JEROME BENNETT, SR.**


IT IS HEREBY ORDERED that the following government exhibits be returned to __Eric Kelley__ and remain in his or her custody through the time of sentencing and any proceeding on appeal or review.

| **EXHIBIT #** | **EXHIBIT DESCRIPTION** |
|---|---|
| 1 | Ism02-07-099.jpg |
| 2 | 000706-114.jpg |
| 3 | PTHC Ultra Hard Pedo Child Porn Pedofilia (NEW)056(5).jpg |
| 4 | PTHC Childlover (70).jpg |
| 5 | Isbard-19.jpg |
| 6 | touch-009b-060.jpg |
| 7 | +4yr_bendover.jpg |
| 8 | kids sex (family) 14.jpeg.jpg |
| 9 | ed2k_9435c4c3310d9eb164ee4a4e99440a8d.partial |
| 10 | (((KINGPASS))) YAHOO CAM KATIE 13y showing and masterbating on cam very hott(2)(2).avi |
| 11A - C | Disc of remaining CP |
| 11-1 through 11-10 | Jan_Feb Images |
| 12 | Novelli HP Video |
| 12A | Novelli Acer Video |

| 12B | Novelli Dell Video |
| 100 | Physical Machine HP |
| 101 | Physical Machine Acer |
| 102 | Physical Machine Dell |

So ordered. This __27__ day of November 2018.

Case Agent: _____
Signature

_____
JAMES C. DEVER III
United States District Judge